IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER CHASE HALL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:21-cv-494-TFM-MU |
| | ) |
| CHRISTOPHER GORDY, | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM OPINION AND ORDER**

On April 8, 2022, the Magistrate Judge entered a Report and Recommendation which recommends the petition brought pursuant to 28 U.S.C. § 2254 should be denied. *See* Doc. 16. It further recommends denial of a certificate of appealability and the ability to appeal *in forma pauperis*. *Id*. Petitioner Christopher Chase Hall timely filed objections. *See* Doc. 19.

A review of Petitioner's objections do not impact the Magistrate Judge's analysis. Moreover, this Court is bound in its review to the state-court record. *See Shinn v. Ramirez*, --- U.S. ---, 142 S. Ct. 1718, 1732, 212 L. Ed. 2d 713 (May 23, 2022) ("the federal court may review the claim based solely on the state-court record"). Specifically, *Shinn* holds that federal habeas court may not conduct evidentiary hearing or otherwise consider evidence beyond the state court record based on ineffective assistance of counsel – strictly adhering to the AEDPA text, 2254(e)(2)(A), which allows expansion of the record only if the prisoner satisfies one of the two narrow exceptions. None of those exceptions apply here.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the

opinion of this Court.  Therefore, the petition brought pursuant to 28 U.S.C. § 2254 is **DENIED**.

The Court further certifies that any appeal would be without merit and not taken in good faith. Thus, Hall is not entitled to either a Certificate of Appealability or to appeal *in forma pauperis*.

Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 18th day of July 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE